# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | | |
|---|---|---|
| BOBBY EDWARDS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:23-cv-39 |
| v. | * | |
| WARDEN J. FIKES, | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 10.  Petitioner Bobby Edwards ("Edwards") did not file Objections to this Report and Recommendation.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  Thus, the Court **GRANTS as unopposed** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Edwards' 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate

AO 72A
(Rev. 8/82)

judgment of dismissal, and **DENIES** Edwards *in forma pauperis* status on appeal.

    **SO ORDERED**, this 26 day of July, 2023.

                                    HON. LISA GODBEY WOOD, JUDGE
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA